

FILED
CLERK, U.S. DISTRICT COURT

APR 1 5 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, **PLAINTIFF** <br><br> v. <br><br> Joshua Gibran Mayweather, <br><br> **DEFENDANT(S).** | **CASE NUMBER** <br><br> 16 -0122 M <br><br> **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of ___defendant___ , IT IS ORDERED that a detention hearing is set for __4/21/16__ , _____ , at __1:00__ ☐a.m. / ☑p.m. before the Honorable __Jacqueline Chooljian__ , in Courtroom __20, 312 N. Spring St. LA, CA 90012__

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_(Other custodial officer)_

Dated: __4/15/16__

_____
U.S. District Judge/Magistrate Judge